IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY GORDON,

        Plaintiff,                      No. CIV S-05-2086 LKK DAD P

    vs.

MIKE HANSON,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff has requested appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the undersigned has recommended that this action be dismissed for failure to state a cognizable claim. There are no exceptional circumstances that warrant a court request for voluntary assistance of counsel. Plaintiff's request for appointment of counsel will therefore be denied.

        Plaintiff has also requested advice on how to obtain state trial transcripts. This court is unable to provide legal advice on state court procedures.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 24, 2005 request
2  for appointment of counsel and for legal advice regarding trial transcripts is denied.
3  DATED: November 3, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
gord2086.31