IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY GORDON,

    Plaintiff,                    No. CIV S-05-2086 LKK DAD P

    vs.

MIKE HANSON,

    Defendant.                  <u>ORDER</u>

_____/

        In a document addressed to the undersigned and titled "Petition Motion of Certiorari, Petition for Review in California Supreme Court: Parallel litigation Points and Authoritys [sic]," plaintiff presents additional allegations of ineffective assistance of counsel in his state criminal proceedings. Federal district courts do not grant petitions for certiorari, and petitions for review by the California Supreme Court must be filed in that court. IT IS ORDERED that plaintiff's December 8, 2005 petition or motion is denied.

DATED: December 15, 2005.

                                              /s/ Dale A. Drozd
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:13
gord2086.pet